Ronald Wayne Schofield
TDCJ-CID #1434055
A.M. "Mac" Stringfellow Unit
1200 FM 655
Rosharon, Texas 77583

*01-15-00754-CR*

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 25 2015

CHRISTOPHER A. PRINE
CLERK_____

September 23rd, 2015

RE: Petition for Writ of Mandamus.

Christopher A. Prine, Clerk:

The Stringfellow Unit Mailroom Log shows above mentioned as "Outgoing Legal" on August 31, 2015. (See Attachment)

I am seeking knowledge of receipt, and that it was numbered and presented to the Court of Appeals by your office, for review.

Please check your record and notify me of such action.

Sincerely,

*Ronald Wayne Schofield*

R. W. Schofield

cc(file)

On 8/27 you produced (2) large legal envelopes; (1) for 14th Court of Appeals, (2) for Brazoria County District Attorney. I asked them to witnesses those in the mail out through this unit mailroom on the 28th of August.

I have not received acknowledgement of receipt by the 14th Court of Appeals.

*[signature]* Harold Edward Bone

Name: Harold Edward Bone

Living Quarters: 14-2   Work Assignment: BM   Unit: R2

**DISPOSITION:** (Inmate will not write in this space)

9/31/15

Fourth Court Of Appeals
Christopher Prine Clerk

Brazoria County District Attorney
Angelton TX

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

REASON FOR REQUEST: (Please check one)

☐ 1. Unit Assignment, Transfer (Chairman of Classification, Administration Building)

☐ 2. Restoration of Lost overtime (Unit Warden- if approved, will be forwarded to State Classification Committee)

☐ 3. Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

☐ 4. Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

☐ 5. Visiting List (Asst. Director of classification, Administration Building)

☐ 6. Parole requirements and related information (Unit Parole Counselor)

☐ 7. Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

☐ 8. Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Law Library - Mr. Bone_ DATE: _2-19-15_

_____
(Name and title of official)

ADDRESS: _____

Ronalc "Wayne Schofield #1340511
A.M. STRINGFELLOW UNIT
1200 FM 655
ROSHARON, TEXAS 77583

NORTH HOUSTON TX 773

24 SEP 2015 PM 4 L

Legal Correspondence

770220620

Fourteenth Court of Appeals Clerk
Christopher A. Prine
301 345 Fannin St., Rm. 245
Houston, Texas 77002-2062